United States District Court

Eastern District of California

James Reynolds,

    Petitioner,

vs.

Jeanne Woodford, Director of California Department of Corrections, et al.,

    Respondents.

No. Civ. S 06-0091 GEB PAN P

Order

-oOo-

Petitioner, a state prisoner proceeding without counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner challenges a disciplinary determination at Corcoran State Prison in Kings County (resulting in the loss of good time credits). Therefore, this action should have been commenced in the district court in Fresno. Local Rule 3-120(d).

Pursuant to Local Rule 3-120(f), this action is transferred to the district court in Fresno.

1     The new case number is <u>1:06CV00140 OWW WMW HC</u>. In the
2 future all papers shall bear this number and shall be filed at:
3         United States District Court
        Eastern District of California
4         2500 Tulare Street
        Fresno, CA 93721

6     So ordered.

7 Dated: February 7, 2006.

8                               <u>/s/ Peter A. Nowinski</u>
                                PETER A. NOWINSKI
9                                 Magistrate Judge

2